# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

140809

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

In re PRISCILLA M. WARD REVOCABLE
TRUST,

_____/

SUSAN R. WARD-TENBROEKE, Trustee,
      Petitioner-Appellant,

v

SC: 140809
COA: 294557
Kent CC: 09-004835-AV

MACKENZIE'S ANIMAL SANCTUARY, INC.,
and DOCTORS WITHOUT BORDERS USA, INC.,
      Respondents-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 10, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk

y1018